We are referred to no statute of the demanding state (California) to the contrary.

From what has been said, the conclusion is expressed that not only was appellant unauthorized to impeach the complaint, but, in addition, the facts relied upon to impeach the same did not defeat extradition by the Governor of this State.

The motion for rehearing is overruled.

Opinion approved by the court.

## PEDDERSEN v. STATE.
### No. 26490.

Court of Criminal Appeals of Texas.
June 17, 1953.

No attorney on appeal, for appellant.

William H. Scott, Crim. Dist. Atty., King C. Haynie, Asst. Crim. Dist. Atty., Houston, Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for the offense of assault with intent to murder; the penalty assessed is confinement in the state penitentiary for a term of five years.

Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial. All matters of procedure appear to be in regular form. The record is before us without a statement of facts or bills of exception. In the absence thereof, nothing is presented for review.

The judgment of the trial court is affirmed.